# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FIRST COMMONWEALTH BANK | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:24-CV-2985-S |
| GREATER SERVICES CIL LLC, | § | |
| GREATER SERVICES DFW LLC, and | § | |
| GREATER SERVICES, INC. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **VACATES** the Clerk's prior entry of default against Defendants [ECF No. 15] and **DENIES AS MOOT** Plaintiff's Motion for Default Judgment Against Defendants [ECF No. 16]. Plaintiff has already sought a new entry of default against Defendants. *See* ECF No. 24. Plaintiff must also file an amended motion for default judgment after any default is entered.

**SO ORDERED.**

SIGNED February 13, 2026.

_____
UNITED STATES DISTRICT JUDGE